Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JANE KANG, | Case No. 2:24-cv-00294-RSM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |
| vs. | |
| THE BOEING COMPANY, | |
| Defendant. | |

THIS MATTER came before the Court upon Defendant The Boeing Company's and Plaintiff Jane Kang's Joint Motion for Extension of Time. The Court finds that good cause exists to extend the deadline for Defendant The Boeing Company to answer, present defenses, or otherwise respond to Plaintiff Jane Kang's Complaint. Therefore, the Court hereby ORDERS that the Joint Motion for Extension of Case Schedule Deadlines is GRANTED.

IT IS FURTHER ORDERED that the Answer deadline shall be extended from March 11, 2024 to March 25, 2024; and that the Clerk will update the Case Docket to reflect this newly-agreed upon Case Deadline:

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

//

//

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 1
Case No. 2:24-cv-00294-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

DATED this 11th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
    */s/ Arianna Gardner*
    Laurence A. Shapero, WSBA #31301
    Arianna L. Gardner, WSBA #57167
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Phone: 206-876-5301
    Fax: 206-693-7058
    Email: laurence.shapero@ogletree.com
           arianna.gardner@ogletree.com

*Attorneys for The Boeing Company*

WYATT GRONSKI, PLLC

By: */s/ Todd Wyatt*
    Todd Wyatt, WSBA No. #31608
    371 NE Gilman Blvd., Suite 260
    Issaquah, WA 98023
    Phone: (425) 395-7784
    Fax: (425) 837-5396
    Email: todd@wdlawgroup.com

*Attorney for Plaintiff*

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 2
Case No. 2:24-cv-00294-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I served the foregoing [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME via the method(s) below on the following parties:

    Todd Wyatt, WSBA No. #31608
    371 NE Gilman Blvd., Suite 260
    Issaquah, WA 98023
    Phone: (425) 395-7784
    Fax: (425) 837-5396
    Email: todd@wdlawgroup.com

    *Attorney for Plaintiff*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 7th day of March, 2024 at Seattle, Washington.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By: */s/ Jordan Sheets*
            Jordan Sheets, Practice Assistant
            jordan.sheets@ogletree.com

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 3
Case No. 2:24-cv-00294-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058