1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JANE KANG, an individual, | Case No. 2:24-cv-0294-RSM |
| Plaintiff, | **ORDER GRANTING BOEING'S MOTION TO CONTINUE TRIAL DATE** |
| v. | |
| THE BOEING COMPANY, a Delaware corporation, | |
| Defendant. | |

This matter comes before the Court on The Boeing Company's Motion to Continue Trial Date, Dkt. #18.  The Court has reviewed Boeing's Motion, Plaintiff's Opposition, and Boeing's Reply brief.  The Court is convinced that there is good cause to continue the trial date to late September to avoid counsel and Boeing's scheduling conflict with other trials.  The Court's default position is to continue all scheduled deadlines consistent with the new trial date.  Boeing's request to continue the trial date without continuing discovery deadlines appears designed to punish Plaintiff's counsel for discovery inaction without providing any benefit to the parties.  The Court will stick with a scheduling order that continues all non-expired deadlines consistent with the new trial date.

Accordingly, it is hereby ORDERED that:

1. The Motion for a trial continuance, Dkt. #18, is GRANTED.

2. The trial in this matter shall be re-set for September 22, 2025.

3. The Court will issue a new scheduling order consistent with this trial date.

IT IS SO ORDERED.

DATED this 6th day of December, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE